UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 15-5210 |
| MELINDA L. DUNCAN | SECTION: "N"(5) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the Petition to Enforce Internal Revenue Service Summons (rec. doc. 1) is GRANTED; (2) Melinda L. Duncan is ORDERED to comply with the summons; and (3) the right of the Petitioner, the United States of America, to file the appropriate motion to recover its costs and fees incurred with having to bring this action is hereby preserved.

New Orleans, Louisiana, this 19th day of February, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE